**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KATHLEEN HERALD,**

        **Plaintiff,**

**v.**                                                **Case No:  6:19-cv-74-Orl-31GJK**

**DELTA AIR LINES, INC.,**

        **Defendant.**

_____

**NOTICE TO COUNSEL**

**Brian R. Mildenberg and Matthew B. Weisberg**

Please review Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida for non-resident attorneys.  Note the fourteen (14) day deadline. Please go to www.flmd.uscourts.gov under the For Lawyers section for further information or call the Clerk's Office for the division in which you will be filing.

    Local Counsel: Please file a Motion to Appear Pro Hac Vice electronically on behalf of the non-resident attorney(s).

    **Special Admission Fee:**

    The $150.00 fee is per attorney appearing Pro Hac Vice per case.

                                                    ELIZABETH M. WARREN, CLERK

                                                    s/B. Acevedo, Deputy Clerk