## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Kathleen Herald                          :
                                         :
                Plaintiff,               :
        v.                               :          Docket No. 19-00074
                                         :
Delta Air Lines, Inc.                    :          JURY TRIAL OF TWELVE DEMANDED
                                         :
                Defendant.               :

## MOTION FOR ADMISSION PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT-TO-ACT

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Plaintiff, by and through her undersigned attorneys, move this Court for an order allowing Matthew Weisberg, David Berlin, Gary Schafkopf, and Brian Mildenberg, to appear in this Court as co-counsel on behalf of the Plaintiff in the above-captioned lawsuit. In support of this motion, the Plaintiff says:

1.    Matthew Weisberg, David Berlin, Gary Schafkopf, and Brian Mildenberg, and their law firms, Weisberg Law, Schafkopf Law, LLC, Mildenberf Law Firm, have been retained to represent the Plaintiff as co-counsel in all proceedings conducted in this case.

2.    Mr. Weisberg, Mr. Berlin, Mr. Schafkopf, and Mr. Mildenberg do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3.    Mr. Weisberg is a member in good standing and admitted to practice before the following courts: Eastern, Middle, and Western Districts of Pennsylvania, District of New Jersey, Third Circuit Court of Appeals, United States Supreme Court, Commonwealth of Pennsylvania, and State of New Jersey.

4.      Mr. Berlin is a member in good standing and admitted to practice before the following courts: Eastern and Western Districts of Pennsylvania, District of New Jersey, Third Circuit Court of Appeals, Commonwealth of Pennsylvania, and State of New Jersey.

5.      Mr. Schafkopf is a member in good standing and admitted to practice before the following courts: Eastern District of Pennsylvania, District of New Jersey, Commonwealth of Pennsylvania, and State of New Jersey.

6.      Mr. Mildenberg is a member in good standing and admitted to practice before the following courts: Eastern District of Pennsylvania, Third Circuit Court of Appeals, Northern District of Indiana, and Commonwealth of Pennsylvania.

7.      Mr. Weisberg, Mr. Berlin, Mr. Schafkopf, and Mr. Mildenberg are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Weisberg, Mr. Berlin, Mr. Schafkopf, and Mr. Mildenberg are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

8.      Mr. Weisberg, Mr. Berlin, Mr. Schafkopf, and Mr. Mildenberg designate Kenneth Hesser and the law firm of Schatt Hesser Mcgraw, 328 NE 1st Ave., Suite 100, Ocala, FL 34470, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the nonresident attorneys.

9.      Through his signature affixed below, Kenneth Hesser of the law firm of Schatt Hesser Mcgraw hereby consents to such designation.

10.     Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Kenneth Hesser certifies that after this motion is granted, Mr. Weisberg, Mr. Berlin, Mr. Schafkopf, and Mr. Mildenberg will comply with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Plaintiff respectfully requests this Court to enter an order admitting Mr. Weisberg, Mr. Berlin, Mr. Schafkopf, and Mr. Mildenberg to practice before this Court pro hac vice.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Defendant and is authorized to represent that the Defendant does not oppose the entry of an order granting this motion.

## MEMORANDUM OF LAW

Plaintiff's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

/s/ Kenneth M. Hesser
Kenneth M. Hesser, Esq.
Florida Bar Number: 375720
Schatt & Hesser, P.A.
328 N.E. 1st Ave, Suite 100
Ocala, Florida 34470
Telephone:  (352) 789-6520
Facsimile:  (352) 789-6570
KHesser@schatthesser.com
julie@schatthesser.com
Attorneys for Plaintiff

**WEISBERG LAW**
**SCHAFKOPF LAW, LLC**
**MILDENBERG LAW FIRM**

/s/ Matthew B. Weisberg
Matthew Weisberg, Esquire
David Berlin, Esquire
Gary Schafkopf, Esquire
Brian Mildenberg, Esquire
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ Kenneth M. Hesser
Kenneth M. Hesser, Esq.
Florida Bar Number: 375720
Schatt & Hesser, P.A.
328 N.E. 1st Ave, Suite 100
Ocala, Florida 34470
Telephone:  (352) 789-6520
Facsimile:  (352) 789-6570
KHesser@schatthesser.com
julie@schatthesser.com
Attorneys for Plaintiff