# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KATHLEEN HERALD,**

                **Plaintiff,**

**-vs-**                                                    **Case No.  6:19-cv-74-Orl-31GJK**

**DELTA AIR LINES, INC.,**

                **Defendant.**

_____

## ORDER

This cause came on for consideration, without oral argument, on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ADMISSION PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT-TO-ACT (Doc. No. 7)** |
| **FILED:** | **January 25, 2019** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

On January 25, 2019, Defendant filed a motion asking that Matthew Weisberg, Esq., David Berlin, Esq., Gary Schafkopf, Esq., and Brian Mildenberg, Esq., be permitted to appear *pro hac vice* in this case (the "Motion"). Doc. No. 7. Local Rule 2.02(a) requires that the attorney seeking *pro hac vice* admission not be a resident of Florida, but that local counsel is a Florida resident. The Motion does not state whether local counsel resides in Florida (as opposed to

merely having an office here), as required by Rule 2.02(a). Doc. No. 7.

Accordingly, it is **ORDERED** that the Motion (Doc. No. 7) is **DENIED**.

**DONE** and **ORDERED** at Orlando, Florida, on January 28, 2019.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Unrepresented Parties