# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KATHLEEN HERALD,**

                Plaintiff,

-vs-                                          Case No. 6:19-cv-74-Orl-31GJK

**DELTA AIR LINES, INC.,**

                Defendant.
_____

## ORDER

This cause came on for consideration, without oral argument, on the following motion:

| | |
|---|---|
| **MOTION:** | **AMENDED MOTION FOR ADMISSION PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT-TO-ACT (Doc. No. 9)** |
| **FILED:** | **January 28, 2019** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The motion to appear *pro hac vice* of Matthew Weisberg, Esq., David Berlin, Esq., Gary Schafkopf, Esq., and Brian Mildenberg, Esq., is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." Counsel must take the tutorial offered on the Middle District of Florida's website before using the CM/ECF system.

Local counsel, Kenneth Hesser, Esq., fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorney. If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within fourteen days of the date of this order.

**DONE** and **ORDERED** at Orlando, Florida, on January 29, 2019.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Unrepresented Parties