# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KATHLEEN HERALD,**

    **Plaintiff,**

**v.**                                                                                    **Case No:   6:19-cv-74-Orl-31GJK**

**DELTA AIR LINES, INC.,**

    **Defendant.**

## ORDER

    This cause comes before the Court *sua sponte*. On January 29, 2019, the magistrate judge entered an Order granting attorneys Brian R. Mildenberg and Gary Schafkopf permission to appear *pro hac vice* in the instant case (Doc. 10). In that order, said attorneys were directed to register for a CM/ECF login and password. Mr. Mildenberg and Mr. Schafkopf have failed to comply and are therefore

    **ORDERED** to show cause to the Court by written response to be filed by March 20, 2019, why their *pro hac vice* status should not be revoked for failure to comply with the Court's order.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on March 6, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party